AO 257 (Rev. 6/78)

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [X] COMPLAINT    [ ] INFORMATION    [ ] INDICTMENT

[ ] SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

## OFFENSE CHARGED

Count 1: 18 U.S.C. § 1951 (Conspiracy to Commit Hobbs Act Robbery)
Count 5: 18 U.S.C. § 922(g)(1) (Felon in Possession of Firearm and Ammunition)

[ ] Petty
[ ] Minor
[ ] Misde-meanor
[X] Felony

PENALTY: Count 1: 20 years' imprisonment, $250,000 fine, 5 years' supervised release, $100 special assessment, forfeiture
Count 5: 15 years' imprisonment, $250,000 fine, 3 years' supervised release, $100 special assessment, forfeiture

**— DEFENDANT - U.S**

JORDAN COOK

DISTRICT COURT NUMBER

4:25-mj-71447-MAG

**FILED**

Dec 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## PROCEEDING

Name of Complainant Agency, Or Person (& Title, if any)

FBI Special Agent Christopher Smith

[ ] person is awaiting trial in another Federal or State Court, give name of court

[ ] this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

[ ] this is a reprosecution of charges previously dismissed which were dismissed on motion of:

[ ] U.S. ATTORNEY    [ ] DEFENSE

} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person
Furnishing Information on this form    CRAIG H. MISSAKIAN

[X] U.S. Attorney    [ ] Other U.S. Agency

Name of Assistant U.S.
Attorney (if assigned)    EMILY R. DAHLKE

## DEFENDANT

**IS *NOT* IN CUSTODY**

1) [X] Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges

2) [ ] Is a Fugitive

3) [ ] Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) [ ] On this charge

5) [ ] On another conviction

6) [ ] Awaiting trial on other charges

} [ ] Federal [ ] State

If answer to (6) is "Yes", show name of institution

Has detainer been filed?    [ ] Yes    [ ] No
} If "Yes" give date filed

**DATE OF ARREST**    Month/Day/Year

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY**    Month/Day/Year

[ ] This report amends AO 257 previously submitted

## ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

[ ] SUMMONS    [ ] NO PROCESS*    [X] WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
[ ] Arraignment    [ ] Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment*

Defendant Address:

Date/Time:    Before Judge:

Comments:

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☒ COMPLAINT  ☐ INFORMATION  ☐ INDICTMENT

☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location

NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

### OFFENSE CHARGED

Count 1: 18 U.S.C. § 1951 (Conspiracy to Commit Hobbs Act Robbery)
Counts 2-4 18 U.S.C. § 1951 (Hobbs Act Robbery)

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY: 20 years' imprisonment, $250,000 fine, 5 years' supervised release, $100 special assessment, forfeiture

— DEFENDANT - U.S —

LARUE HENDERSON

DISTRICT COURT NUMBER

4:25-mj-71447-MAG

**FILED**

Dec 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

FBI Special Agent Christopher Smith

☒ person is awaiting trial in another Federal or State Court, give name of court

Alameda Superior Court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:

☐ U.S. ATTORNEY  ☐ DEFENSE

} SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

} MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form  CRAIG H. MISSAKIAN

☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)  EMILY R. DAHLKE

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▸ ____

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

____

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction
☐ Federal ☐ State

6) ☒ Awaiting trial on other charges

If answer to (6) is "Yes", show name of institution
Santa Rita Jail (Alameda County)

Has detainer been filed? ☐ Yes ☐ No
} If "Yes" give date filed ____

DATE OF ARREST ____ Month/Day/Year

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ____ Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:

☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT    Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time: ____    Before Judge: ____

Comments:

AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the

___Northern District of California

<table>
<tr><td>United States of America<br>v.<br>JORDAN COOK AND LAURE HENDERSON,<br><br><br>_____<br><i>Defendant(s)</i></td><td>)<br>)<br>)<br>)<br>)<br>)<br>)</td><td>Case No.   4:25-mj-71447-MAG</td></tr>
</table>

**FILED**

Dec 03 2025

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   January 19, 2025 - May 13, 2025   in the county of   Alameda   in the
Northern   District of   California   , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| - 18 U.S.C. § 1951 | (Conspiracy to Commmit Hobbs Act Robbery; Hobbs Act Robber) |
| - 18 U.S.C. § 922(g)(1) | (Felon in Possession of a Firearm and Ammunition) |

This criminal complaint is based on these facts:

Please see attached affidavit of Christopher Smith, Special Agent, FBI.

☑ Continued on the attached sheet.

Approved as to form ___/s/___
AUSA EMILY R. DAHLKE

Sworn to before me by telephone.

Date:   12/03/2025

City and state:   McKinleyville, Ca

/s/
_____
*Complainant's signature*

Christopher Smith, Special Agent, FBI
*Printed name and title*

_____
*Judge's signature*

Hon. Robert M. Illman, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Christopher Smith, a Special Agent of the Federal Bureau of Investigation (FBI), being duly sworn, hereby declare as follows:

## INTRODUCTION

1.      I make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **Larue Henderson** for conspiring to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, by robbery, in violation of Title 18, United States Code, Section 1951, from on or about January 19, 2025, to on or about April 22, 2025, and for obstructing, delaying, or affecting commerce or the movement of any article or commodity in commerce, by robbery, in violation of Title 18, United States Code, Section 1951, on or about March 5, 2025, April 11, 2025, and April 22, 2025, in the Northern District of California.

2.      I also make this affidavit in support of an application under Rule 4 of the Federal Rules of Criminal Procedure for a criminal complaint and arrest warrant authorizing the arrest of **Jordan Cook** for conspiring to obstruct, delay, or affect commerce or the movement of any article or commodity in commerce, by robbery, in violation of Title 18, United States Code, Section 1951, from on or about January 19, 2025 to on or about April 22, 2025, and for being a felon in possession of a firearm and ammunition, in violation of Title 18, United States Code, Section 922(g)(1) on or about May 13, 2025, both in the Northern District of California.

3.      This affidavit is submitted for the limited purpose of securing a criminal complaint and arrest warrant.  I have not included every fact known to me concerning this investigation.  Instead, I have set forth only the facts necessary to establish probable cause that violations of the federal laws identified above have occurred.

4.      I have based my statements in this affidavit on my training and experience; personal knowledge of the facts and circumstances obtained through my participation in this investigation; information provided by law enforcement officers, including officers from the San Leandro Police Department (SLPD), the Hayward Police Department (HPD), and the Berkeley

Police Department (BPD); information provided by reports prepared by other law enforcement officers; and information provided by databases, including **Henderson's** and **Cook's** criminal histories. Where I refer to conversations and events, I often refer to them in substance and in relevant part rather than in their entirety or verbatim, unless otherwise noted. This affidavit also reflects my current understanding of facts relating to this investigation, but my understanding may change in the future as the investigation proceeds.

## AFFIANT BACKGROUND

5.      I have been a Special Agent with the Federal Bureau of Investigation (FBI) since December 2021. I graduated from the FBI Academy in Quantico, Virginia on April 13, 2022. As part of my training to become a Special Agent, I received approximately 18 weeks of instruction at the FBI Academy. Since graduating from the Academy, I have received further training regarding federal and state laws and investigative techniques relating to criminal street gangs, criminal enterprises, human intelligence, wire, electronic, and physical surveillance, cold case investigations, narcotics trafficking investigations, human trafficking investigations, and firearms investigations.

6.       I am currently assigned to a squad that investigates violent crime in the Bay Area and in particular Alameda County. During my career as an FBI Special Agent, I have participated in various violent crime investigations including narcotics trafficking, firearms-related offenses, murder for hire, fugitive, robbery, child exploitation, and gang investigations. During these investigations, I have utilized, or participated in investigations that utilized, various types of investigative techniques, including the use of confidential human sources ("CHS"), consensual recording, controlled purchases of firearms and narcotics, financial analysis, garbage searches, Global Positioning System ("GPS") tracking, investigative interviews, physical surveillance, records research, telephone toll analysis, and the service of Grand Jury subpoenas. I have participated in the execution of numerous state and federal arrest warrants and search warrants related to illegal activities involving commercial robberies that resulted in the seizure of cellular devices containing evidence of the robberies. My training and experience have given me

2

an understanding of how people who commit violent offenses, including those who commit robberies, use cellular devices, the Internet, and social media to facilitate and commit those offenses. As a federal agent, I am authorized to investigate violations of laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

## APPLICABLE STATUTES

7.      Title 18, United States Code, Section 1951 in relevant part, prohibits a person from obstructing, delaying, or affecting commerce or the movement of any article or commodity in commerce, by robbery or extortion or attempts or conspiracy to do so, or to commit or threaten physical violence to any person or property.

8.      Title 18, United States Code, Section 922(g)(1) prohibits any person who has been convicted in any court of any crime punishable by imprisonment for a term exceeding one year, to knowingly possess any firearm or ammunition that has been shipped or transported in interstate commerce.

9.      Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that that **Henderson** committed the following federal offense: Hobbs Act Robbery, including Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951.

10.     Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that **Cook** committed the following federal offenses: Conspiracy to Commit Hobbs Act Robbery, in violation of 18 U.S.C. § 1951, and Felon in Possession of a Firearm and Ammunition, in violation of Title 18, United States Code, § 922(g)(1).

**PROBABLE CAUSE**

***Summary of Carjacking/Robbery Series***

*January 19, 2025 Robbery in San Leandro, CA*

1.      On January 19, 2025, at approximately 7:03 p.m., an armed robbery and
carjacking occurred near the vicinity of 900 143rd Ave, San Leandro, CA.  Based on the victim's
(V1) statement it was determined that V1 was working as a delivery driver for a commercial
marijuana retailer called "Snow", delivering marijuana product through the mobile application,
"On Fleet".  V1 was dispatched to 900 143rd Ave, Building 18, Apartment #208, in San
Leandro, CA to make a marijuana delivery to a customer with the initials C.W.  V1 was driving a
black 2015 Toyota Camry, California License Plate (CALP) 9PSK106, VIN#
4T1BD1FK5FU150064, hereafter, "Toyota106".[1]

11.      Once V1 arrived at the delivery address, V1 was in telephone contact with the
customer through the mobile delivery application.  V1 stated the customer with whom V1 spoke
was a female.  The female voice told V1 to stay in his vehicle because she didn't want him to
deliver to her door.  However, V1 exited Toyota106 and walked to the bottom of the building B
staircase.  As he arrived at the bottom of the staircase, two suspects approached him.  One of the
suspects put a black and silver pistol to his stomach and the other stole from his person two
iPhones, marijuana product, keys to the Toyota106, and approximately $3,500.  Then the
suspects entered the Toyota106, which contained V1's passport and approximately $15,000
worth of marijuana product inside and departed the vicinity.  Both suspects were described as
black male adults, approximately in their 20s, wearing ski masks and dark clothing.

*March 5, 2025 Robbery/Carjacking in Hayward, CA*

12.      On March 5, 2025, at approximately 7:45 p.m., an armed robbery and carjacking
occurred near the vicinity of 399 Schafer Road, Hayward, CA.  Based on the victim's (V2)

---

[1] Based on a National Insurance Crime Bureau record check of Toyota106's VIN number, it was determined that the
vehicle was assembled as a new vehicle at the Georgetown, Kentucky assembly plant.

statement it was determined that V2 was working as a delivery driver for a commercial marijuana retailer called "MGFT Corp". V2 was driving a white 2023 Honda Accord, CALP 9FPT599, VIN# 1HGCY2F54PA011416, hereafter, "Honda599,".[2]

13.      V2 was dispatched to 399 Schafer Road, Hayward, CA to deliver various marijuana product, worth at least $2,000, to a customer with an account registration with the commercial retailer. The customer's initials are C.D.W. Jr., and their identification document was a U.S.A. passport card number ending in 2248. According to U.S. Department of Homeland Security, this card has been declared lost/stolen. Another individual was also associated to the account with a name using the initials D.M.B (Texas Driver's License Number ending in 852).

14.      Once V2 arrived at the delivery address, an unknown suspect, described as a black adult male, approximately 20-25 years old, 5'08", average build, wearing a black ski mask and black clothing, approached V2's driver side door and punched V2 once in the head. The suspect then pointed a black handgun at V2 and said, "Gimme your car!". V2 exited the Honda599. The suspect then entered the Honda599 and quickly drove away. V2 had approximately $2,000 in Honda599 at the time of the carjacking, as well as V2's cellphone and wallet, which were taken by the suspect.

*March 7, 2025 Robbery/Carjacking in Hayward, CA*

15.      On March 7, 2025, at approximately 10:18 p.m., an armed robbery and carjacking occurred near the vicinity of 399 Schafer Road, Hayward, CA. Based on the victim's (V3) statement it was determined that V3 was working as a delivery driver for a commercial marijuana retailer called "Top Shelf". V3 was driving a grey 2024 Volkswagen Golf, CALP 9RML429, VIN# WVWGA7CD8RW219611, hereafter, "Volkswagen429". [3]

16.      V3 was dispatched to 399 Schafer Road, Hayward, CA to deliver marijuana products to a customer whose initials are D.M.B. (Texas Driver's License Number ending in

---

[2] Based on a National Insurance Crime Bureau record check of Honda599's VIN number, it was determined that the vehicle was assembled as a new vehicle at the Marysville, Ohio assembly plant.

[3] Based on a National Insurance Crime Bureau record check of Volkswagen429's VIN number, it was determined that the vehicle was assembled as a new vehicle at the Wolfsburg, Germany assembly plant.

852), similar to the robbery on March 5, 2025.  Once V3 arrived at the delivery address, he called the customer, who told him to enter the apartment complex parking lot to meet.  Once V3 drove into the lot, an older model, maroon colored sedan with no front license plate, stopped in front of Volkswagen429, blocking its path.  While the maroon vehicle was in front of Volkswagen429, an unknown suspect, described as a black adult male, approximately 20-30 years old, 5'10", skinny build, wearing a black ski mask, dark blue hoodie, and black pants, approached the driver side door holding what V3 thought to be a .45 caliber handgun.  The suspect pointed the handgun at V3 and demanded him to, "get the fuck out of the vehicle."  The suspect physically pulled V3 out of Volkswagen429 after taking V3's wallet, which contained approximately $200, and the Volkswagen429 key fob from V3's person.  The suspect then got into Volkswagen429 and drove away.  The maroon vehicle described above also departed.  V3's cellphone was located in the center console of Volkswagen429.

*March 18, 2025 Robbery amd Carjacking in San Leandro, CA*

17.     On March 18, 2025, at approximately 10:45 p.m., an armed robbery and carjacking occurred near the vicinity of 1797 Hubbard Ave, San Leandro, CA.  Based on the victim's (V4) statement it was determined that V4 was working as a commercial marijuana delivery driver through the mobile delivery service "WeedMaps".  V4 was driving a grey 2010 Honda Insight, CALP 9KLG407, VIN# JHMZE2H54AS011916, hereafter, "Honda407".[4]

18.     V4 was dispatched to 1797 Hubbard Ave, San Leandro, CA to deliver marijuana product to a customer whose WeedMaps account is associated with a customer whose initials are S.P., and whose telephone number ends in 4826.  Once V4 arrived at the delivery address, a suspect, described as a black male, wearing a grey face mask, and a grey hoodie, approached the driver side door of Honda407, pointing a handgun at V4.  The suspect ordered V4 to get out of Honda407, to leave the vehicle running, and to leave V4's cellphone, which contained his identification and bank card inside the phone case.  The suspect then ordered V4 to lay face

---

[4] Based on a National Insurance Crime Bureau record check of Honda407's VIN number, it was determined that the vehicle was assembled as a new vehicle at the Suzuka, Mie, Japan assembly plant.

down on the ground before the suspect got into Honda407 and departed the vicinity of the area in Honda407 (*see* Figure 1). Approximately $300 and two to three ounces of marijuana product was still inside the Honda407 at the time the suspect drove away in Honda407.



*Figure 1. Screen capture of surveillance video of the March 18, 2025 carjacking. The suspect of the carjacking is holding V4 at gun point forcing him to lay on the ground.*

*April 11, 2025 Robbery and Carjacking in Berkeley, CA*

19.    On April 11, 2025, at approximately 11:00 p.m., an armed robbery and carjacking occurred near the vicinity of 24 Virginia Gardens, Berkeley, CA. Based on the victim's (V5) statement it was determined that V5 was working as a delivery driver for a commercial marijuana retailer called "Top Shelf Express". V5 was driving his company's blue Toyota Prius, CALP 5NBG929, VIN# JTDKB20UX57016772, hereafter, "Toyota929." [5]

20.    V5 was dispatched to 24 Virginia Gardens, Berkeley, CA to deliver marijuana product to a customer whose initials are T.H. (Illinois Driver's License Number ending in 969H). The telephone number used on the order was 916-898-5387, which is believed to be a Voice Over Internet Protocol (VoIP) number. [6] Once V5 arrived at the delivery address, an unknown

---

[5] Based on a National Insurance Crime Bureau record check of Toyota929's VIN number, it was determined that the vehicle was assembled as a new vehicle at a Japan assembly plant.
[6] According to the Federal Communications Commission, Voice over Internet Protocol (VoIP), is a technology that allows you to make voice calls using a broadband Internet connection instead of a regular (or analog) phone line (https://www.fcc.gov/general/voice-over-internet-protocol-voip).

suspect, described as a black adult male, 5'9", approximately 30 years old, medium build, wearing a black hoodie, approached the driver side door armed with a handgun. The suspect pointed the handgun at V5's head and said, "get out the car." V5 exited the Toyota929 and the suspect got in the car and drove away. V5's cellphone was inside Toyota929 when the suspect drove away with Toyota929.

*April 22, 2025 Robbery and Carjacking in Berkeley, CA*

21.      On April 22, 2025, at approximately 10:00 p.m., an armed robbery and carjacking occurred near the vicinity of 3056 Stanton Street, Berkeley, CA. Based on the victim's (V6) statement it was determined that V6 was working as a delivery driver for a commercial marijuana retailer called "Real Fire Society". V6 was driving a silver 2012 Infinity M37, CALP 6WPA351, VIN# JN1BY1AP8CM335137, hereafter, "Infinity351".[7]

22.      V6 was dispatched to 3056 Stanton Street, Berkeley, CA to deliver marijuana product to a customer whose initials are T.H. (Illinois Driver's License Number ending in 969H), the same customer name and identification number used in the April 11th incident, described above. The manager of Real Fire Society provided the customer account information for T.H. (Figure 2, below). The telephone number that was used by the suspect to communicate with V6 was 510-289-4652. A records check on telephone 510-289-4652 returned to C.D.W., which was the customer name associated to the March 5, 2025 robbery.

---

[7] Based on a National Insurance Crime Bureau record check of Infinity351's VIN number, it was determined that the vehicle was assembled as a new vehicle at the Tochigi, Japan assembly plant.



*Figure 2. Image of the customer account information for Teronda Harrell provided to BPD officers by the manager Real Fire Society.*

23.     Once V6 arrived at the delivery address, an unknown suspect, described as a black male, wearing an all-black sweat suit, approached the Infinity351 driver's side door armed with a handgun. The suspect put the muzzle of the gun to V6's head and told him to exit Infinity351 or he would be shot. The suspect told V6 to leave his cellphone and wallet inside Infinity351. V6 exited Infinity351 and the suspect entered the vehicle and departed the vicinity in Infinity351. V6 estimated there was approximately $2,000 in the car, as well as marijuana products.

**Larue Henderson and Jordan Cook's Involvement in the Carjacking and Robbery Series**

<u>Probable Cause for **Larue Henderson**</u>

24.     There is probable cause to believe **Larue Henderson** participated in the March 5, 2025 incident. For example, after HPD officers responded to the scene, officers allowed V2 to utilize HPD officer's department issued cellphone to access V2's Google account to track the location of the stolen cellphone after the robbery. Upon accessing V2's Google account, the GPS location of the cellphone was determined to be near the intersection of W. Harder Road and Southwick Drive in Hayward, CA. Officers responded to the intersection and recovered V2's cellphone. Officers lifted latent fingerprints from the cellphone which was submitted for

processing. It was determined that a latent print lifted from V2's cellphone after the robbery had a source identification match to **Henderson**.

25. Furthermore, data from cell towers near the location of the January 19, March 5, March 7, and the March 18 robberies were reviewed, pursuant to a state warrant, and it was determined that telephone number 510-289-4652, hereafter, "Number 4652," had multiple connections to cell towers near the vicinity of the robberies during the timeframe of the robberies. A review of call detail location records provided by AT&T of Number 4652 also showed the phone with this number was located in the vicinity of the January 19, March 5, March 7, and the March 18 robberies, during the time of the robberies.

26. I believe Number 4652 was used and controlled by **Henderson** during the time of the robberies on January 19, March 5, March 7, and March 18. For example, law enforcement obtained a state search warrant for **Henderson's** Instagram account, vanity name "ru.runtz". A review of **Henderson's** Instagram determined that **Henderson** provided Number 4652 as his number to several users throughout the return, including on January 3, 2025, January 24, 2025, February 1, 2025, and March 30, 2025. Further investigation revealed that, that Number 4652 was associated to **Henderson's** Electronic Benefit Transfer (EBT) account since October 22, 2024. It was also determined that as of April 25, 2025, **Henderson** contacted EBT from telephone number 341-253-9248. Records also showed **Henderson's** address to be 2520 Barbers Point Road, Apartment #104, Alameda, CA. A review of the CashApp account associated to Number 4652, pursuant to a state warrant, revealed the number was associated to an account with the vanity name of "$LaLa2turnt." The driver's license and pictures associated to the account is of **Henderson** (Figure 3, below). Number 4652 was added to the account on October 21, 2024. Later, on April 27, 2025, the phone number for the CashApp account was changed to 341-253-9248. Additionally, based on AT&T call detail location data for Number 4652, that was being monitored by BPD officers during this time, it was determined that Number 4652 stopped providing location data at approximately 10:10 p.m. on April 23, 2025, a day after the April 22, 2025, robbery in Berkeley, CA. This was the robbery where Number 4652 was

10

used to contact V6 right before the robbery. I believe **Henderson** disconnected Number 4652 after the April 22 incident in an effort to conceal evidence from law enforcement.



*Figure 3. Photographs of images of a CashApp account associated to telephone number 510-289-4652. These images are of **Larue Henderson**.*

      27.    Furthermore, on May 13, 2025, law enforcement executed a state search warrant on a residence **Henderson** shares with **Cook** (2520 Barbers Point Road, Apartment #104, Alameda, CA). During this search warrant, **Henderson** was arrested pursuant to a state warrant. During the search of **Henderson's** person, officers seized a wallet and a white Apple iPhone. Inside **Henderson's** wallet were two CashApp debit cards; one with the name Laure Henderson and the account name "$LaLa2turnt", the same CashApp account associated with Number 4652. During the search of 2520 Barbers Point Road, Apartment #104, Alameda, CA, **Jordan Cook** was found inside and was detained.

11

28.     Upon serving the search warrant, several evidence items were seized, including a black Taurus G3c handgun, serial number ADM978358, loaded with SIG Luger 9 mm ammunition, several cellphones, one grey/red Adidas duffle bag containing sealed marijuana product (approximately 322 grams total), one black duffle bag containing multiple marijuana cartridges, one black duffle bag containing vape cartridges and additional marijuana product, 35 sealed marijuana product (504 grams total), 172.3 grams of marijuana in a Ziplock bag, and a silver digital scale (Figure 4).



*Figure 4.  (Top) Image of the black Taurus G3c handgun, serial number ADM978358, in the bedroom of **Henderson** and **Cook's** residence.  (Bottom) Marijuana product seized from **Henderson** and **Cook's** residence.*

29.     Officers showed pictures of the sealed marijuana product seized from **Henderson's** and **Cook's** residence to V2 and he identified some of the product as product belonging to his company that was stolen in the March 5, 2025, incident.  **Henderson** was

interviewed by BPD officers and after being Mirandized, **Henderson** stated that the marijuana seized from his residence was his and that he legally purchased it all.  V2 was also shown a picture of the black Taurus G3c firearm and he stated that the size, color, and chrome barrel of the firearm matched the gun that the suspect had in the March 5, 2025 incident, however, V2 also stated the he believed the firearm had an attachment at the muzzle of the gun, which the Taurus G3c did not have.  Even though **Henderson** told officers that this firearm did not belong to him, DNA samples were taken from the firearm and determined that **Henderson's** DNA was present in multiple areas of the firearm, including the slide, the grip, the trigger, and the magazine.  V2 was also shown a double-blind sequential photo line-up which included **Henderson**.  V2 did not identify any subjects in the photo line-up.

30.     There is probable cause to believe **Henderson** also participated in the April 22, 2025, incident.  For example, officers took DNA samples from inside the Infinity351, which was stolen in the April 22 incident.  It was determined that **Henderson's** DNA was present in multiple areas inside of the stolen vehicle.  Furthermore, officers conducted an online search of the marijuana products seized from **Henderson's** and **Cook's** residence which revealed some of the product were located on the Real Fire Society and WeedMaps websites for sale (victim company in the April 22 incident).  As stated above, **Henderson** told officers that the marijuana seized from his residence was his and that he legally purchased it.  Furthermore, according to call detail location records for Number 4652, belonging to **Henderson**, the phone was in the vicinity of the April 22 incident around the time of the carjacking and robbery.  Number 4652 was also used to contact V6 right before the robbery.  Additionally, V6 was shown a sequential photo line-up which included **Henderson**.  V6 identified **Henderson** as the suspect who robbed him in the April 22 incident.  V6 was also shown images of the sealed marijuana product seized from **Henderson's** and **Cook's** residence and he identified some of the product as product belonging to his company that was stolen in the April 22 incident.

31.     Based on cellphone location data, DNA forensic evidence, and the physical evidence seized by law enforcement officers from **Henderson's** and **Cook's** residence, I believe

13

there is probable cause that **Henderson** participated in the March 5 and April 22 carjacking and robberies.

_Probable Cause for **Jordan Cook**_

32.     There is probable cause to believe **Jordan Cook** conspired with **Larue Henderson** to participate in the carjacking and robbery series as described above.  I believe **Cook** used cellphones to help find identification cards of other people for **Henderson** to create fraudulent mobile delivery service accounts so that he could commit the carjacking and robberies in this series.  For example, as discussed above, law enforcement executed a search warrant of **Henderson's** residence (2520 Barbers Point Road, Apartment #104, Alameda, CA), pursuant to a state warrant, on May 13, 2025.  During this search, a white Apple iPhone was located on top of the black dresser in the bedroom of the residence (Device 1).  I believe Device 1 was used and operated by **Cook**.  The iCloud account attached to this phone is "jaebabes02@icloud.com".  A review of this account, pursuant to a state warrant, revealed the name associated to the account is "Jae C" which is similar to the name **Jordan Cook**.  A photograph of **Cook**, listed as "Mama", was also contained in the iCloud account.  I know that **Henderson** and **Cook** share children together.

33.     It was discovered that Device 1 conducted an internet search of "photos of people holding ID".  I believe **Cook** conducted this internet search because a selfie style photograph of a customer's ID is typically required to use the services of commercial marijuana mobile retailers. Also found on Device 1 was a saved copy of a photograph of T.H. holding an Illinois ID.  This photo is similar to the photo used in the suspect customer account in the April 22 incident (Figure 2).  This photo was captured on April 22, 2025 at 3:05 p.m., which was several hours prior to the April 22 incident.  This photo was also located in the photo library of **Cook's** "jaebabes02@icloud.com" iCloud account.  Device 1 sent a picture of T.H.'s ID to **Henderson's** telephone number (Number 4652) on April 22, 2025 at 3:05 p.m., several hours prior to the April 22 incident.  Furthermore, it was discovered that on April 11, 2025 at 10:25 p.m., Device 1

captured a screenshot of the area around 24 Virginia Gardens, Berkeley, CA, the location of the April 11 incident.  This was approximately 30 minutes prior to the robbery.  Multiple street level map images of the dead-end at Virigina Gardens were discovered on this phone as well.

34.     Furthermore, I believe **Cook** helped **Henderson** in the planning of the carjacking and robbery series.  For example, there was a gray Apple iPhone that was seized from **Cook's** and **Henderson's** bedroom (Device 2).  I believe Device 2 was also used and operated by **Cook**.  One of the telephone numbers associated to this iPhone was 916-695-6378, which **Cook** identified as her phone number to BPD officers.  The Apple IDs associated to this device were "cookjordan1211@gmail.com", "jordypooh400@gmail.com", and "jaybabi400@icloud.com".  Videos and images of **Cook** were discovered throughout Device 2 as well.  In the contacts section of Device 2, telephone number 510-289-4652 (Number 4652) was listed as "Husband Trap", and telephone number 341-253-9248 was listed as "Husband 👑 👑".  These two numbers are associated to **Henderson**.  Also, **Cook** and **Henderson** are in a romantic relationship together and share children together, hence the word "Husband" being used in the contact's name.  On January 19, 2025, at 6:41 p.m., approximately 20 minutes prior to the January 19, 2025 robbery, Device 2 texted **Henderson's** number, "It's says driver arriving," "He's calling back," and "He's there" (Figure 5, below).  As described above in, V1 advised the customer he spoke with on the phone prior to the robbery was a female, and that the female told V1 to stay in his vehicle because she didn't want him to deliver to her door.  I believe this female was **Cook** and she communicated with V1 prior to the January 19 incident to have him setup to be robbed by **Henderson**.  Furthermore, a day after the January 19 incident, Device 2 had images and video of marijuana product suspected to be stolen in the January 19 incident.

35.     On March 6, 2025, a day after the March 5 incident, **Henderson** sent Device 2 a video of apparent marijuana sales.  It is suspected that the marijuana in this video was stolen.  The next day on March 7, 2025, there was a text message thread between **Cook** and another individual that shows **Cook** facilitating the sale of marijuana via Facebook (Figure 5).  I believe **Cook** was trying to sell stolen marijuana product from the March 5 incident, which was

15

committed by **Henderson**, for profit.  Furthermore, on April 4, 2025, approximately one week prior to the April 11 incident, **Cook** and **Henderson** sent several messages back and forth discussing the alteration of an image of an individual holding her driver's license (Figure 6, below).  This image appeared to be taken from a social media post by another individual.  I believe **Henderson** and **Cook** were collaborating to change the appearance of an image posted to social media post by another individual that would allow them to create more fraudulent commercial marijuana delivery accounts to commit the robberies.



*Figure 5. (Right) Text message thread between **Cook** and **Henderson** on January 19, 2025 prior to the time of the robbery. (Left) Text message thread between **Cook** and another individual on March 7, 2025, of **Cook** facilitating the sale of marijuana via Facebook.*



*Figure 6. Text message between **Cook** and **Henderson** on April 4, 2025, discussing the alteration of an image of an individual holding her driver's license.*

36.     Furthermore, as described in paragraph 27, numerous amounts of stolen marijuana product were seized from **Henderson's** and **Cook's** residence (Figure 4).  BPD officers asked **Cook** about the numerous amounts of stolen marijuana product found in the residence.  **Cook** told officers that she does not go through **Henderson's** things and that she did not know where the marijuana came from.

37.     Based on cellphone content, including text message conversations, photos, and videos, and the physical evidence seized by law enforcement officers from **Henderson's** and **Cook's** residence, I believe there is probable cause that **Cook** conspired with **Henderson** to participate in the carjacking and robbery series described above.

38.     There is also probable cause to believe **Jordan Cook** was in possession of a firearm, in violation of Title 18, United States Code, Section 922(g)(1).  As described in paragraph 27, on May 13, 2025, a black Taurus G3c handgun, serial number ADM978358, loaded with SIG Luger 9 mm ammunition, was discovered in the bedroom of **Cook's** and **Henderson's** residence (Figure 4).  **Cook** told BPD officers she did not have any knowledge of the firearm.  However, DNA samples were taken from the firearm determined that **Cook's** DNA

was present in multiple areas of the firearm, including the slide, the grip, the trigger, and the magazine.

39.     Prior to May 13, 2025, **Cook** was convicted of a crime punishable by a term of imprisonment exceeding one year.  On June 14, 2021, **Cook** was convicted of violating Penal Code § 459 – Burglary: second degree, a felony, and received a sentence of 90 days in jail and two years of probation.

40.     Based on my training and experience, as well as discussions with other federal law enforcement officers including special agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I know that Taurus handguns are manufactured outside of the State of California and have never been manufactured in the State of California.

41.     Furthermore, based on my training and experience, as well as discussions with other federal law enforcement officers including special agents of the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), I am aware that the SIG Luger 9 mm ammunition recovered inside of the magazine of the firearm found in **Cook's** and **Henderson's** residence has never been manufactured in the State of California.

//

//

//

//

//

//

//

//

//

//

//

18

## CONCLUSION

42.     Based on the above information, I submit that there is probable cause to believe that in the Northern District of California, the Defendant, **Larue Henderson**, committed the following federal offenses:

- Count One: Conspiracy to Commit Hobbs Act Robbery, Interference with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951 on or about January 19, 2025, through on or about April 22, 2025.

- Count Two: Hobbs Act Robbery, Interfere with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951, on or about March 5, 2025.

- Count Three: Hobbs Act Robbery, Interfere with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951, on or about April 11, 2025.

- Count Four: Hobbs Act Robbery, Interfere with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951, on or about April 22, 2025.

43.     Based on the above information, I submit that there is probable cause to believe that, from on or about January 19, 2025, to on or about April 22, 2025, in the Northern District of California, the Defendant, **Jordan Cook**, committed the following federal offense:

- Count One: Conspiracy to Commit Hobbs Act Robbery, Interfere with Commerce by Threats or Violence, in violation of Title 18, United States Code, Section 1951, on or about January 19, 2025, through on or about April 22, 2025.

44.     Based on the above information, I submit that there is probable cause to believe that, on or about May 13, 2025, in the Northern District of California, the Defendant, **Jordan Cook**, committed the following federal offense:

- Count Five: Felon in Possession of Firearm and Ammunition, in violation of Title 18, United States Code, Section 922(g)(1), on or about May 13, 2025.

45.    I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

/s/ Christopher Smith
Christopher Smith
FBI Special Agent

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d) on this 3rd day of December, 2025.

HONORABLE ROBERT M. ILLMAN
United States Magistrate Judge

20